IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHANE WARD, | * |
| Plaintiff, | * |
| v. | * |
| TIMOTHY FARO, et al., | *   CIVIL NO. JKB-23-1382 |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

The Court previously dismissed this case pursuant to Local Rule 111 because it had been settled. (ECF No. 31.) The Order Memorializing the Settlement Agreement, issued by Judge Coulson, indicates that Defendant Timothy Faro agreed to pay Plaintiff Shane Ward "$46,016 in full and final settlement." (ECF No. 32.) The parties agreed that, beginning on March 1, 2024, Faro would make monthly payments to Ward. (*Id.*) The parties also agreed that "should Mr. Faro fail to fulfill his responsibilities under this agreement, he agrees that a confessed judgment shall be entered for the unpaid balance then remaining against himself and Birdland Builders." (*Id.*) Further, Judge Coulson's Order indicated that "[s]hould the above-referenced confessed judgment be necessary, Mr. Ward is instructed to file with the Court a 'Motion to Re-open and for Confessed Judgment' setting forth the facts supporting any alleged breach of this agreement by Mr. Faro." (*Id.*)

Ward has filed such Motion to Re-Open and for Confessed Judgment. (ECF No. 33.) in it, he explains that Faro has failed to make the April 2024 payment and any subsequent payment. (*Id.*) He requests a confessed judgment in the amount of $43,140. (*Id.*) Because it appears from Ward's filing that Faro has failed to comply with the settlement, the Court will direct Faro to show

cause why judgment should not be entered against him in the amount of $43,140. Faro is forewarned that his failure to show cause will result in a judgment being entered against him in the amount of $43,140.

Accordingly, it is ORDERED that:

1. Faro is DIRECTED TO SHOW CAUSE by June 7, 2024 why judgment should not be entered against him in the amount of $43,140.

2. Faro is FOREWARNED that his failure to show cause by June 7, 2024 will result in a judgment being entered against him in the amount of $43,140.

3. The Clerk is DIRECTED to mail (1) a copy of this Memorandum and Order to Ward and to Faro and (2) a copy of Ward's Motion (ECF No. 33) to Faro.

DATED this 15 day of May, 2024.

BY THE COURT:

/s/ James K. Bredar

James K. Bredar
United States District Judge