IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHANE WARD, | * | |
| Plaintiff, | * | |
| v. | * | |
| TIMOTHY FARO, *et al.*, | * | CIVIL NO. JKB-23-1382 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM AND ORDER

Pending before the Court is Plaintiff Shane Ward's Motion to Re-Open and for Confessed Judgment. (ECF No. 33.) The Court will grant the Motion.

The Court previously dismissed this case pursuant to Local Rule 111 because the parties advised the Court that they had settled all claims. (*See* ECF No. 31.) The Order Memorializing the Settlement Agreement—issued by Judge Coulson on February 8, 2024—indicates that Defendant Timothy Faro agreed to pay Mr. Ward "$46,016 in full and final settlement." (ECF No. 32.) The parties agreed that, beginning on March 1, 2024, Mr. Faro would make monthly payments to Mr. Ward. (*Id.*) The parties also agreed that "should Mr. Faro fail to fulfill his responsibilities under this agreement, he agrees that a confessed judgment shall be entered for the unpaid balance then remaining against himself and Birdland Builders." (*Id.*) Further, Judge Coulson's Order indicated that "[s]hould the above-referenced confessed judgment be necessary, Mr. Ward is instructed to file with the Court a 'Motion to Re-open and for Confessed Judgment' setting forth the facts supporting any alleged breach of this agreement by Mr. Faro." (*Id.*)

On May 14, 2024, Mr. Ward filed such Motion to Re-Open and for Confessed Judgment. (ECF No. 33.) In it, he explained that Mr. Faro did not make the April 2024 payment or any subsequent payments. (*Id.*) He requested a confessed judgment in the amount of $43,140. (*Id.*)

On May 15, 2024, the Court directed Mr. Faro to show cause why judgment should not be entered against him in the amount of $43,140 given Mr. Faro's apparent failure to make payments pursuant to the parties' agreement. (ECF No. 34.) Mr. Faro was forewarned that his failure to show cause would result in a judgment being entered against him in the amount of $43,140, and he was directed to show cause by June 7, 2024. (*Id.*) Despite this warning, Mr. Faro has not responded to the Court's Order to date.

Accordingly, it is ORDERED that:

1. Mr. Ward's Motion to Re-Open and for Confessed Judgment (ECF No. 33) is GRANTED;
2. JUDGMENT IS ENTERED against Mr. Faro and Birdland Builders in the amount of $43,140;
3. The Clerk is DIRECTED to mail a copy of this Order to Mr. Faro and Mr. Ward; and
4. The Clerk is DIRECTED to CLOSE this case.

DATED this 20 day of June, 2024.

BY THE COURT:

James K. Bredar
United States District Judge